United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242
(214) 767-1075

Erin Marie Schmidt,
for the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| N RE: § | | |
| § | | |
| **Randall Vernon Keylor,** § | | Case No. 19-44296-ELM-7 |
| § | | |
| § | | |
| **Debtor.** § | | |

_____

| | | |
|---|---|---|
| **William T. Neary,** § | | |
| **United States Trustee,** § | | |
| § | | |
| **Plaintiff** § | | Adv. Proc. No. 20-04050-ELM |
| § | | |
| **v.** § | | |
| § | | |
| **Randall Vernon Keylor,** § | | The Honorable Edward Lee Morris |
| § | | |
| § | | |
| **Defendant.** § | | |

**Plaintiff's First Amended Designation of Witnesses and Exhibits**

William T. Neary, United States Trustee for Region 6, files this amended witness and exhibit list for the sole purpose of re-uploading the exhibits in property order into ECF.

1

## Witnesses

1. Randall Vernon Keylor.
2. Marilyn Garner.
3. Any other witnesses designated by Defendant.

## Exhibits

| Exhibit Number | Description | Admitted |
|---|---|---|
| 1 | Petition filed in Case No. 19-44296-ELM-11 on October 20, 2019 (Dkt #1) | |
| 2 | Original Statement of Financial Affairs filed November 4, 2019 (Dkt. #15) | |
| 3 | Original Schedules filed November 18, 2019 (Dkt. #19) | |
| 4 | *Declaration Regarding Income of Randall Vernon Keylor* filed November 20, 2019 (Dkt. #21) | |
| 5 | *Declaration of Amendment to Debtor's Financial Statement* filed December 10, 2019 (Dkt. #26) | |
| 6 | First Amended Schedule A/B filed December 13, 2019 (Dkt. #29) | |
| 7 | Second Amended Schedule A/B filed December 17, 2019 (Dkt. #30) | |
| 8 | First Amended Schedule C filed December 17, 2019 (Dkt #31) | |
| 9 | Third Amended Schedule A/B filed January 31, 2020 (Dkt. #41) | |
| 10 | *Second Declaration of Amendment to Debtor's Statement of Financial Affairs* filed January 31, 2020 (Dkt. #42) | |
| 11 | Fourth Amended Schedule A/B filed February 3, 2020 (Dkt #43) | |
| 12 | Fifth Amended Schedule A/B filed July 17, 2020 (Dkt. #63) | |
| 13 | Amended Statement of Financial Affairs filed July 17, 2020 (Dkt. #64) | |
| 14 | Trustee's Interim Report filed January 29, 2021 (Dkt. #79) | |
| 15 | Transcript of December 18, 2019 Section 341 Meeting with recording and business records affidavit | |
| 16 | Transcript of March 9, 2021 Deposition of Randall Vernon Keylor[1] | |
| 17 | Debtor's Response to Interrogatories | |

---

[1] UST has not yet received corrected version of deposition transcript from Debtor but will substitute signed version upon receipt.

| Exhibit Number | Description | Admitted |
|---|---|---|
| 18 | Automotive Insurance Policies | |
| 19 | Purchase and title documents for 2016 Porsche Cayman VIN 6520 | |
| 20 | Purchase and title documents for 2017 Audi Q7 Vin 1223 | |
| 21 | Purchase and title documents for 2016 BMW 4D VIN 8646 | |
| 22 | 2019 Federal Income Tax Return for Randy and Paula Keylor | |
| 23 | 2019 Federal Income Tax Return for Integrated Alliance, LP | |
| 24 | Closing Documents for May 31, 2019 sale for 6314 Yorktown Blvd., Corpus Christi, TX | |
| 25 | Buckeye Capital Management, LLC Fidelity Account 9495 | |
| 26 | Keylor Fidelity Accounts 6262 (Individual) and 5030 (IRA) | |
| 27 | GPK Capital Management, LLC Fidelity Account 1395 | |
| 28 | Buckeye Capital Investments, LLC Fidelity Account 1043 | |
| 29 | *United States Trustee's Complaint Objecting to Debtor's Discharge* filed July 20, 2020, Adv. Proc. 20-4050-ELM (Dkt. #1) | |
| 30 | *Response to Trustee's Complaint Objecting to Debtor's Discharge* filed August 20, 2020, Adv. Proc. 20-4050-ELM (Dkt. #5) | |

The United States Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the trial. The United States Trustee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

DATED: May 18, 2021

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

## Certificate of Service

I certify that on May 18, 2021, a copy of this document with redacted exhibits was served on all parties entitled to receive ECF notice in this case, which includes Debtor's counsel Mark French.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt